UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD STEVEN MYERS and GEORGE MYERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PEOPLES BANK OF EWING, )<br>)<br>Defendant. ) | No. 3:11-CV-380<br>(VARLAN/GUYTON) |

### ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Scheduling Order. The Court held a conference on January 4, 2013, to address pending discovery disputes in this case. Attorney Russell Egli was present representing Plaintiffs Ronald Myers and George Myers. Attorneys John Winemiller and Lane McCarty were present representing the Defendant.

For the reasons more fully stated on the record and based upon the parties' agreements, it is **ORDERED**:

1. Plaintiff George Myers **SHALL REVIEW** and **REVISE** his responses to Defendant's First Set of Requests for Admissions Numbers 1, 2, 7, 8, 9, 13, 14, 15, 16, 17, 18, 21, 22, and 23. The revised responses shall be straightforward and shall comply with Rule 36 of the Federal Rules of Civil Procedure.

2. Plaintiff Ronald Steven Myers **SHALL REVIEW** and **REVISE** his responses to Defendant's First Set of Requests for Admissions Numbers 3, 4, 6, 8, 9, 10, 13, 15, 16, 17, 18, 19, 20, 21, 23, and 25. The revised responses shall be straightforward and shall

comply with Rule 36 of the Federal Rules of Civil Procedure.

3. The Plaintiffs **SHALL PROVIDE** the revised responses to the Requests for Admission, signed by Plaintiffs, to Attorney John Winemiller on or before **12:00 p.m. on January 7, 2013**.

4. Further, the Plaintiffs **SHALL PROVIDE** Attorney Winemiller with a computation of damages that complies with Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure on or before **12:00 p.m. on January 7, 2013**.

The Court will address the additional discovery issues in an order to follow. Consistent with the Court's admonition at the hearing, the parties are urged to diligently prepare this case for trial.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge