UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD STEVEN MYERS and GEORGE MYERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:11-CV-380 ) (CAMPBELL/GUYTON) ) ) |
| THE PEOPLES BANK OF EWING, | ) ) |
| Defendant. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge. Now before the Court are the Defendant's Motion to Deem Matters Established (re: George Myers) [Doc. 133] and Motion to Deem Matters Established (re Steve Myers) [Doc. 135].

On March 21, 2013, the undersigned entered a Memorandum and Order holding these motions in abeyance pending ruling on Defendant's Motions for Summary Judgment. [Doc. 151]. A ruling on the Motions for Summary Judgment has not yet issued, and at this time, the Court finds that it is appropriate to deny these motions without prejudice. The Defendants may re-file these motions, if appropriate, after a ruling on the Motions for Summary Judgment is issued. This re-filing will afford the Defendant an opportunity to update the Court on any pertinent events that have occurred since the motions were originally filed.

Accordingly, the Defendant's Motion to Deem Matters Established (re: George Myers) **[Doc. 133]** and Motion to Deem Matters Established (re Steve Myers) **[Doc. 135]** are **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge