UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD STEVEN MYERS and GEORGE MYERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | No. 3:11-CV-380-PLR-HBG |
| THE PEOPLES BANK OF EWING, | ) ) ) | |
| Defendant. | ) | |

### **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw [Doc. 192], in which Attorney Russell Egli moves to withdraw as counsel for the Plaintiffs. It appears that Mr. Egli has generally complied with the requirements of Local Rule 83.4. However, it is not clear from the Motion to Withdraw that each of the individual Plaintiffs' has been served with notice of Mr. Egli's request to withdraw.[1] In addition, Mr. Egli has only provided the Court with one address for the two individual Plaintiffs. It is not clear if this address is a mailing address for both Plaintiffs.

Accordingly, Mr. Egli is **ORDERED** to serve a copy of this Order, the Motion to Withdraw, and the current schedule in this case on each individual Plaintiff on or before **July 1, 2014**. Mr. Egli is also **ORDERED** to file a notice of compliance upon completing such mailing, which shall state the last-known address of each of the individual Plaintiffs. Upon completing these tasks, Mr. Egli is **RELIEVED** of his duties as counsel in this case.

---

[1] See Doc. 192 at 1, stating that a letter and copy of this motion had been sent to "Plaintiff's address." The use of the singular possessive form "Plaintiff's" and the fact that only a single address is provided indicates that Mr. Egli may have served just one of the two individual Plaintiffs.

Upon receipt of Mr. Egli's notice of compliance, the Clerk of Court is **DIRECTED** to enter the addresses provided in his notice of compliance in the docket and to modify the docket to reflect that the Plaintiffs are proceeding *pro se*.

The Plaintiffs are **ADMONISHED** that as of **July 1, 2014,** they are **DEEMED** to be proceeding *pro se* in this litigation. The Plaintiffs are further **ADMONISHED** that they are charged with litigating this case in a manner consistent with the Federal Rules of Civil Procedure and applicable law and that they are bound by all deadlines previously set by the Court.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

2

Case 3:11-cv-00380-PLR-HBG   Document 193   Filed 06/19/14   Page 2 of 2   PageID #: 2562