UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Ronald Steven Myers and George Myers, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No.: 3:11-CV-380-PLR-HBG ) |
| The Peoples Bank of Ewing, | ) ) ) |
| *Defendant*. | ) |

## Memorandum Opinion

This matter comes before the Court on the defendant's motion to dismiss for failure to comply with scheduling orders and failure to prosecute, filed July 23, 2014. [R. 204]. Under Local Rule 7.1, parties have 21 days to respond to dispositive motions. When the plaintiffs failed to respond to the motion to dismiss within 21 days, the Court ordered the plaintiffs to show cause in writing on or before September 2, 2013 why the defendant's motion should not be granted and this action dismissed. [R. 207]. The plaintiffs did not respond to the Court's show cause order, indicating they do not oppose dismissal. Accordingly, this matter is **DISMISSED** without prejudice for failure to prosecute.

The Clerk is **DIRECTED** to mail a copy of this order to the plaintiffs at:

Ronald Steven Myers
c/o Ewing Livestock Market, Inc.
P.O. Box 187
Ewing, VA 24248

George Myers
4471 Back Valley Rd
Speedwell, TN 37870-7041

**It is so ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**